SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile:  (213) 252-8009
scalequalaccess@yahoo.com

Attorney for Plaintiff,
SUNG CHOI

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUNG CHOI,<br><br>    Plaintiff,<br><br>    vs.<br><br>SUN KYU KANG D/B/A SHELL; CLP AUTO SPA, INC.; and DOES 1 to 10,<br><br>    Defendants. | CASE NO. **2:20-cv-4682 JAK (MAAx)**<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

  Notice is hereby given that Plaintiff Sung Choi ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case.  Parties requests that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

  DATED:  August 13, 2020         **SO. CAL EQUAL ACCESS GROUP**


                                  */s/ Jason J. Kim*
                                  JASON J. KIM
                                  Attorney for Plaintiff